E-FILED 4/9/15
JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA FIGUEROA and FRANCISCA PAGES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1-10, inclusive,<br><br>Defendants. | No. CV 14-2255-PSG-MRW<br><br>[~~PROPOSED~~] JUDGEMENT<br><br><br><br>Hon. Philip S. Gutierrez |

Pursuant to the Court's March 27, 2015 Order granting Defendant's motion for summary judgment [Dkt. No. 27], it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered in favor of Defendant United States of America and against Plaintiffs Dora Figueroa and Francisca Pages.

Costs are taxed in the amount of $_____$.

**IT IS SO ORDERED.**

DATED: 4/9/15

_____
PHILIP S. GUTIERREZ
United States District Judge